178 So.2d 661

**Nettie R. MAILLET**

**v.**

**BOARD OF TRUSTEES TEACHERS RE-TIREMENT SYSTEM of Louisiana.**

**No. 47879.**

Oct. 8, 1965.

In re: Nettie R. Maillet applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 176 So.2d 7.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.